### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JAMES GIRLEY**                                                                    **PETITIONER**
**ADC #112981**

**VS.**                          **CASE NO.: 5:15CV00074 JM/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

### ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed

by Magistrate Judge Beth Deere.  In addition, the Court has considered Mr. Girley's

objections to the Recommendation and has reviewed *de novo* those portions of the record

relevant to those objections.

After careful consideration, this Court adopts the Recommendation as its own.

James Girley's petition for writ of habeas corpus (docket entry #2) is denied and

dismissed, without prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must

issue or deny a certificate of appealability.  Rule 11 of the Rules Governing Section 2254

Cases.  A certificate of appealability may issue only if a petitioner has made a substantial

showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case,

there is no basis for this court to issue a certificate of appealability.  Accordingly, a

certificate of appealability is denied.

IT IS SO ORDERED, this 19th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE